# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT FENN and ANDRITA KING-FENN,**

           **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 6:12-cv-10-Orl-31KRS

**JOSEPH N. DAYAN; SHAPIRO AND FISHMAN, LP; and BANK OF AMERICA NATIONAL ASSOCIATION ,**

           **Defendants.**

_____

## ORDER

This cause comes before the Court on Plaintiffs' Amended Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 10), filed January 24, 2012.

On January 30, 2012, the United States Magistrate Judge issued a report (Doc. No. 14) recommending that the case be dismissed and the application to proceed *in forma pauperis* be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. This case is **DISMISSED** for lack of jurisdiction and the Application to Proceed *in forma pauperis* (Doc. No. 3) is **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 17, 2012.

                                                          GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party